IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JESSIE WILLIAMS,

                Plaintiff,

   v.

DR. RAIP,

                Defendant.

ORDER

13-cv-247-bbc

---

JESSIE WILLIAMS,

                Plaintiff,

   v.

C.O. JONES and BRAEMER,

                Defendants.

ORDER

13-cv-248-bbc

---

Plaintiff Jessie Williams, a prisoner at the Wisconsin Resource Center in Winnebago, Wisconsin, has submitted two proposed complaints. He requests leave to proceed *in forma pauperis*. A decision on the request will be delayed until plaintiff pays an initial partial payment of the $350 filing fee as required by 28 U.S.C. § 1915(b) and the 1996 Prison Litigation Reform Act.

Plaintiff's initial partial payment cannot be calculated at this time because the trust fund that he submitted with his complaints does not cover the entire six-month period preceding the filing of his complaints. From plaintiff's trust fund account statement, it appears that plaintiff only recently arrived at the Wisconsin Resource Center so he will need to write to the institution where he was previously held to obtain the necessary six-month trust fund account statement. Plaintiff's complaints are dated March 20, 2013. His trust fund account statement should cover

the six-month period beginning approximately September 20, 2012 and ending approximately March 20, 2013. Once plaintiff has submitted the necessary statement, I will calculate his initial partial payment and advise him of the amount he will have to pay before the court can screen the merits of his complaint under 28 U.S.C. § 1915(e)(2). Plaintiff should show a copy of this order to prison officials to insure that they are aware they should send a copy of plaintiff's six-month trust fund account statement to this court.

ORDER

IT IS ORDERED that plaintiff Jessie Williams may have until May 3, 2013, in which to submit a certified copy of his trust fund account statement for the period beginning approximately September 30, 2012 and ending approximately March 30, 2013. If, by May 3, 2013, plaintiff fails to respond to this order, I will assume that he wishes to withdraw this action voluntarily. In that event, the clerk of court is directed to close this case without prejudice to plaintiff's filing his case at a later date.

Entered this 11th day of April, 2013.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge