IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JESSIE WILLIAMS,

    Plaintiff,

  v.

RALPH FROELICH,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-247-bbc

    This action came before the court for consideration with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Ralph Froelich granting his motion for summary judgment, dkt. #16.

/s/                                                            July 17, 2014

Peter Oppeneer, Clerk of Court                           Date